# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD HUFFMAN and CAROL HUFFMAN, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | 10-6895 |
| ROCKWELL FREIGHT FORWARDING, LLC, | : | |
| Defendant. | : | |

## O R D E R

AND NOW, this 9th day of February 2011, having considered Defendant's Motion to Dismiss (Docket No. 3) and Plaintiffs' Response in Opposition thereto (Docket No. 5), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE